# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bauknight, Suzanne H. | U.S. Bankruptcy Court, Eastern District of Tennessee | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

800 Market Street, Suite 330
Knoxville, TN 37902

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee (adjunct professor) | University of Tennessee College of Law, Knoxville, TN |
| 2. | Chair, Administrative Board | Powell United Methodist Church, Powell, TN |
| 3. | Officer (Immediate Past President) 1/16 - 5/16 | Hamilton Burnett American Inn of Court, Knoxville, TN |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 11/2016 | University of Tennessee College of Law - teaching | $3,300.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Powell United Methodist Church |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tennessee Bar Association | 4/29/16 - 5/1/16 | Gatlinburg, TN | seminar faculty | lodging, meals, transportation |
| 2. | National Conference of Bankruptcy Judges | 10/25/16 - 10/29/16 | San Francisco, CA | seminar | portion of lodging |
| 3. | Mid-South Commercial Law Institute | 11/30/16 - 12/2/16 | Nashville, TN | seminar faculty | lodging, meals, tuition |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | LPL Financial ROTH IRA #1 (H) | | | | | | | | | |
| 2. | -Cash - Goldman Sachs | A | Interest | J | T | | | | | |
| 3. | -PIMCO Income Cl A | A | Dividend | J | T | Sold (part) | 7/11/16 | J | A | |
| 4. | | | | | | Sold (part) | 09/20/16 | J | A | |
| 5. | | | | | | Sold (part) | 11/16/16 | J | A | |
| 6. | | | | | | Sold (part) | 11/18/16 | J | A | |
| 7. | -Ishares Core S&P Total US Stock Market EFT | A | Dividend | | | Sold | 09/20/16 | J | A | |
| 8. | -Franklin Federal Tax Free Income Cl A | A | Dividend | | | Sold (part) | 07/11/16 | J | A | |
| 9. | | | | | | Sold | 09/20/16 | J | A | |
| 10. | -Oppenheimer Cap Income Cl A | A | Dividend | | | Sold (part) | 07/11/16 | J | A | |
| 11. | | | | | | Sold | 09/20/16 | J | A | |
| 12. | -Oppenheimer Intl Diversified Cl A | | None | | | Sold | 09/20/16 | J | A | |
| 13. | -Prudential Real Assets Cl A | A | Dividend | | | Sold | 09/21/16 | J | A | |
| 14. | -American Funds American Balanced Cl F1 | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 15. | | | | | | Sold (part) | 11/16/16 | J | A | |
| 16. | | | | | | Sold (part) | 11/18/16 | J | A | |
| 17. | -Capital Income Builder Cl F1 | A | Dividend | J | T | Buy | 09/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/16/16 | J | A | |
| 19. | | | | | Sold (part) | 11/18/16 | J | A | |
| 20. -Invesco Interm Mun Income | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 21. | | | | | Sold (part) | 11/16/16 | J | A | |
| 22. | | | | | Sold (part) | 11/18/16 | J | A | |
| 23. -Invesco Equally Weighted S&P 500 Cl A | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 24. | | | | | Sold (part) | 11/16/16 | J | A | |
| 25. | | | | | Sold (part) | 11/18/16 | J | A | |
| 26. -Ishares Russell Mid Cap Growth ETF | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 27. | | | | | Sold (part) | 11/16/16 | J | A | |
| 28. | | | | | Sold (part) | 11/18/16 | J | A | |
| 29. -Lord Abbett Short Duration Income Cl A | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 30. | | | | | Sold (part) | 11/16/16 | J | A | |
| 31. | | | | | Sold (part) | 11/18/16 | J | A | |
| 32. -Oppenheimer Intl Growth Cl A | A | Dividend | J | T | Buy | 07/11/16 | J | | |
| 33. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 34. | | | | | Sold (part) | 11/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/18/16 | J | A | |
| 36. -Oppenheimer Developing Markets Cl A | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 37. | | | | | Sold (part) | 11/16/16 | J | A | |
| 38. | | | | | Sold (part) | 11/18/16 | J | A | |
| 39. -Pimco All Asset Cl A | | None | | | Buy | 09/20/16 | J | | |
| 40. | | | | | Sold (part) | 11/16/16 | J | A | |
| 41. | | | | | Sold (part) | 11/18/16 | J | A | |
| 42. | | | | | Sold | 12/05/16 | J | A | |
| 43. -Powershares QQQ ETF | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 44. | | | | | Sold (part) | 11/16/16 | J | A | |
| 45. | | | | | Sold (part) | 11/18/16 | J | A | |
| 46. -Prudential Global Real Estate Cl A | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 47. | | | | | Sold (part) | 11/16/16 | J | A | |
| 48. | | | | | Sold (part) | 11/18/16 | J | A | |
| 49. -Prudential Jennison MLP Cl A | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 50. | | | | | Sold (part) | 11/16/16 | J | A | |
| 51. | | | | | Sold (part) | 11/18/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ridgeworth SEIX Floating Rate High Income Cl A | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 53. | | | | | Sold (part) | 11/16/16 | J | A | |
| 54. | | | | | Sold (part) | 11/18/16 | J | A | |
| 55. Wisdomtree Mid Cap Divident ETF | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 56. | | | | | Sold (part) | 11/16/16 | J | A | |
| 57. | | | | | Sold (part) | 11/18/16 | J | A | |
| 58. -Pimco All Asset All Authority Cl A | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 59. LPL Financial ROTH IRA #2 (H) | | | | | | | | | |
| 60. -Cash - Goldman Sachs | A | Interest | J | T | | | | | |
| 61. -Ishares Core S&P Total US Stock Market ETF | A | Dividend | J | T | | | | | |
| 62. -Blackrock Strategic Income Opptys Investors Cl A | A | Dividend | J | T | Buy (add'l) | 07/11/16 | J | | |
| 63. -Pimco All Asset All Authority Cl A | A | Dividend | J | T | Buy (add'l) | 07/11/16 | J | | |
| 64. Holston Methodist Fed'l CU (Cash Accounts) | A | Interest | J | T | | | | | |
| 65. 529 College: Rhode Island Hi Ed SVG CBF Age Aggressive Growth | A | Dividend | J | T | | | | | |
| 66. LPL Financial Trad'l IRA (H) | | | | | | | | | |
| 67. -Cash - Goldman Sachs | A | Interest | J | T | | | | | |
| 68. -Oppenheimer Developing Markets Cl A | A | Dividend | J | T | Sold (part) | 09/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -John Hancock Disciplined Val Mid Cap Cl A | | None | | | Sold | 09/21/16 | J | A | |
| 70. -PIMCO Income Cl A | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 71. -Prudential Global Real Estate Cl A | A | Dividend | J | T | Buy (add'l) | 09/21/16 | J | | |
| 72. -Ishares Russell Mid Cap Growth ETF | A | Dividend | J | T | Sold (part) | 09/21/16 | J | A | |
| 73. -Invesco Interm Term Mun Income Cl A | A | Dividend | J | T | | | | | |
| 74. -Blackrock Global Long Short Credit Investor Cl A | | None | | | Sold | 09/21/16 | J | A | |
| 75. -Eaton Vance National Mun Income Cl A | A | Dividend | | | Sold | 09/21/16 | J | A | |
| 76. -JPMorgan Intrepid Cl A | A | Dividend | | | Sold | 09/21/16 | J | A | |
| 77. -Lord Abbett Short Duration Income Cl A | A | Dividend | J | T | Sold (part) | 09/21/16 | J | A | |
| 78. -Oppenheimer Int'l Growth Cl A | A | Dividend | J | T | Sold (part) | 09/21/16 | J | A | |
| 79. -Prudential World Jennison Global Infra Cl A | A | Dividend | | | Sold | 09/21/16 | J | A | |
| 80. -Prudential Invt 18 Jennison MLP Cl A | A | Dividend | J | T | Sold (part) | 09/21/16 | J | A | |
| 81. -Pimco All Asset All Authority Cl A | A | Dividend | J | T | Sold (part) | 09/21/16 | J | A | |
| 82. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 83. -Natixis Asg Global Alternatives | | None | | | Sold | 09/21/16 | J | A | |
| 84. -Mainstay High Yield Corp Bond Cl A | A | Dividend | | | Sold | 07/05/16 | J | A | |
| 85. -Mainstay Large Cap Growth Cl A | | None | | | Sold | 09/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ridgeworth SEIX Floating Rate High Income Cl A | A | Dividend | J | T | Sold (part) | 09/21/16 | J | A | |
| 87. -Powershares QQQ ETF | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 88. -Wisdomtree Mid Cap Divident ETF | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 89. -Invesco Equally Weighted S&P 500 Cl A | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 90. -American Funds American Balanced Cl A | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 91. -Capital Income Builder Cl F1 | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 92. -Pimco All Asset Cl A | | None | | | Buy | 09/21/16 | J | | |
| 93. | | | | | Sold | 12/05/16 | J | A | |
| 94. LPL Financial (Cash Account) | A | Interest | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the 2015 report, the partial sale dated 8/21/15 reported for Oppenheimer Senior Floating Rate Cl A in the LPL Financial Trad'l IRA was a full sale.

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/08/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne H. Bauknight**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544